STATE OF CONNECTICUT *v.* LEE ALLAN HENRY, JR.
(AC 28344)

Bishop, Gruendel and Borden, Js.

Submitted on briefs November 15—officially released December 11, 2007

Per Curiam. The judgment is affirmed.